IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SUN MEDIA SYSTEMS, INC.**, an Arkansas
corporation                                                                                          **PLAINTIFF**

V.                                              4:08CV00268 JMM

**NEW YORK TELEVISION, INC.**, et al                               **DEFENDANTS**

## ORDER

Pending is the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction of the Defendant Holding Companies. Plaintiff has responded with documentary evidence showing the contracts between the Plaintiff and Sinclair Broadcast Group, Inc. The documents further show Sinclair Broadcast Group as the parent company of the Defendant Holding Companies. The contracts between Plaintiff and Sinclair Broadcast Group do not establish which subsidiaries will be the recipients of Plaintiff's direct marketing services. The contracts merely refer to these subsidiaries as the Stations or Markets, i.e., Buffalo, Minneapolis, Rochester, etc. (Pl.'s Ex. D). Therefore, Plaintiff requests the opportunity to conduct jurisdictional discovery to establish whether jurisdiction is justified.

The Court finds that jurisdictional discovery should be, and hereby is, granted for a period of thirty (30) days from the date of this Order. *See Steinbuch v. Cutler,* 518 F.3d 580, 588-89 (8th Cir. 2008). Plaintiff is directed to file a supplemental response to the Defendants' Motion to Dismiss at that time.

IT IS SO ORDERED this 23rd day of April 2008.

_____
James M. Moody
United States District Judge