## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SUN MEDIA SYSTEMS, INC.,**
**An Arkansas Corporation**                                                    **PLAINTIFF**


**V.**                              **4:08CV00268 JMM**


**NEW YORK TELEVISION, INC., et al**                                  **DEFENDANTS**


### ORDER OF DISMISSAL


Pursuant to the Joint Stipulation of Dismissal (Docket # 41), the Complaint is dismissed without prejudice.  The Clerk is directed to close the case.  Defendant's Motion for Summary Judgment (Docket # 30) is MOOT.

IT IS SO ORDERED this 4th day of November 2008.



_____
UNITED STATES DISTRICT JUDGE